# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No.: 4:13-cv-2456-KAW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| HOBBES & COMPANY, LLC, et al., | |
| Defendants. | |

In this case, in which Plaintiff alleges that he was denied his right of access under the Americans with Disabilities Act, the last day for Plaintiff to complete service on Defendants or file a motion for administrative relief from the deadline was July 29, 2013.  It appears that Plaintiff has not done so.

Accordingly, it is hereby ORDERED that within 14 days of this order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

It is so ORDERED.

DATE: August 9, 2013

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE