**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>HOBBES & COMPANY, LLC, et al.,<br><br>    Defendants. | Case No.: 4:13-cv-2456-KAW<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

    In this case, Plaintiff alleges that he was denied his right of access under the Americans with Disabilities Act. On August 9, 2013, after noting that there was no indication on the docket that Plaintiff had timely completed service on Defendants, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute.

    On August 12, Plaintiff filed a certificate of service showing that Defendant had been served on June 28. On August 20, Plaintiff filed a response to the order to show cause. In light of these filings, the order to show cause is hereby discharged.

    IT IS SO ORDERED.

DATE: August 26, 2013

KANDIS A. WESTMORE
United States Magistrate Judge