# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, <br><br> Plaintiff, <br><br> v. <br><br> HOBBES & COMPANY, LLC, et al., <br><br> Defendants. | Case No.: 4:13-cv-2456-KAW <br><br> ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT |

On August 9, 2013, the court issued an order to show cause requiring Plaintiff to explain why he had not completed service on defendants or filed the required administrative motion for relief by the July 29, 2013 deadline. (Order to Show Cause, Dkt. No. 4.)

Plaintiff filed a timely response to the order to show cause. (Pl.'s Response, Dkt. No. 9.) In the response, Plaintiff indicated, among other things, that "[i]f the case hasn't settled by the end of November, I will file a Notice of Need for Mediation." (*Id.* at 6.)

Plaintiff has not filed anything in this case since August 20, 2013, when he filed his response to the court's order to show cause. The court hereby orders the parties to submit a joint status report within 14 days of this order. In the joint status report, the parties shall describe their progress on any settlement negotiations or indicate the date by which they anticipate filing a Notice of Need for Mediation.

IT IS SO ORDERED.

DATE: November 20, 2013

KANDIS A. WESTMORE
United States Magistrate Judge